1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM MATTHEW LOLLIS,              No. 1:18-cv-00843-DAD-SKO (HC)

12                  Petitioner,

13        v.                             **ORDER DENYING AS MOOT**
                                         **PETITIONER'S MOTION FOR**
14   JOHN SUTTON & SCOTT KERNON,         **RESPONDENT TO TIMELY RESPOND**
                                         **TO PETITION**
15                  Respondents.

16                                       **(Doc. 22)**

17

18        Petitioner William Matthew Lollis is proceeding with a petition for writ of habeas corpus

19   pursuant to 28 U.S.C. § 2254.

20        On October 17, 2018, Petitioner filed a motion "Ordering Respondent to Respond on

21   Timely Date of Court Order." (Doc. 22.) Petitioner requests the Court order Respondent to timely

22   file a response to Petitioner's petition for writ of habeas corpus pursuant to the Court's Order

23   granting Respondent an extension of time to file a response. In its Order granting Respondent an

24   extension of time, the Court ordered Respondent to answer the petition by October 26, 2018. (Doc.

25   20.)

26

27

28
                                           1

Because the Court has already ordered the Respondent to file an answer by October 26, 2018, the Court will deny Petitioner's motion as moot.

IT IS SO ORDERED.

Dated:   **October 18, 2018**                          /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE