UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MATTHEW LOLLIS,<br><br>Petitioner,<br><br>v.<br><br>JOHN SUTTON, et al.,<br><br>Respondent. | No. 1:18-cv-00843-DAD-SKO (HC)<br><br>**ORDER REQUIRING RESPONDENT TO RESPOND TO PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>**7-Day Deadline**<br><br>**(Doc. 30)** |

Petitioner, William Matthew Lollis, is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 24, 2019, the undersigned issued Findings and Recommendations that the petition be dismissed with prejudice. (Doc. 29.) On March 11, 2019, Petitioner filed a Notice of Voluntary Dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). (Doc. 30.) Petitioner seeks to dismiss the action without prejudice to exhaust state court remedies. *Id.*

Rule 41(a)(1)(A)(ii) allows Petitioner to voluntarily dismiss a petition, if both parties sign a stipulation of dismissal. *See also* Rule 12, Rules Governing Section 2254 Cases (to the extent they are not inconsistent with any statutory provisions or the Rules Governing Section 2254 Cases,

Federal Rules of Civil Procedure may be applied to habeas proceedings). This action cannot be dismissed pursuant to Rule 41(a)(1)(A)(ii) without Respondent stipulating to the dismissal.

Accordingly, IT IS HEREBY ORDERED that within 7 days of the date of this order, Respondent shall notify the Court of any objection to the voluntary dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: **March 13, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE